**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02983-NRN

JANIS FREY,

    Plaintiff,

v.

MORNINGSTAR SENIOR LIVING, LLC, and MORNINGSTAR SENIOR MANAGEMENT, LLC

    Defendants.

---

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT MORNINGSTAR SENIOR LIVING, LLC WITH PREJUDICE**

---

Plaintiff Janis Frey and Defendants MorningStar Senior Living, LLC and MorningStar Senior Management, LLC (together, the "Parties"), by and through their respective undersigned counsel, HEREBY STIPULATE that the above-captioned action be, and hereby is, dismissed WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure solely as to Defendant MorningStar Senior Living, LLC, with all parties to bear her or its own costs and attorneys' fees.

1

Respectfully submitted this 20th day of April 2023.

| ARCKEY AND ASSOCIATES, LLC | JACKSON LEWIS P.C. |
|---|---|
| *s/ Thomas J. Arckey* | *s/ Timothy M. Kratz* |
| Thomas J. Arckey | Timothy M. Kratz |
| 6860 S. Yosemite, Suite 2000 | Francis A. Wilson |
| Centennial, CO 80112 | 950 17th Street, Suite 2600 |
| (303) 798-8546 | Denver, Colorado 80202 |
| Email: tja@arlaw.us | Telephone: (303) 892-0404 |
|  | Email: Timothy.Kratz@jacksonlewis.com |
| *ATTORNEY FOR PLAINTIFF* | Francis.Wilson@jacksonlewis.com |
|  | *ATTORNEYS FOR DEFENDANTS* |

## CERTIFICATE OF SERVICE

I certify that on this 20th day of April 2023, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL OF DEFENDANT MORNINGSTAR SENIOR LIVING, LLC WITH PREJUDICE** was filed via CM/ECF and mailed upon the following:

Timothy M. Kratz
Francis A. Wilson
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, Colorado 80202
Timothy.Kratz@jacksonlewis.com
Francis.Wilson@jacksonlewis.com

*Attorneys for Defendants*

                *s/ Emily Sahli*
                Emily Sahli