# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02983-NRN

JANIS FREY

    Plaintiff,

v.

MORNINGSTAR SENIOR MANAGEMENT, LLC

    Defendant.

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the Parties, through their respective attorneys, submit this Stipulated Motion for Dismissal with Prejudice. The Parties have entered into a Confidential Settlement Agreement and General Release and thereby stipulate and agree to the dismissal, with prejudice, of any and all claims by and against each other, each party to pay her or its own costs and attorneys' fees.

Dated this 15th day of November 2023,

| | |
|---|---|
| *s/ Thomas J. Arckey* | *s/ Melisa H. Panagakos* |
| Thomas J. Arckey | Melisa H. Panagakos |
| Eric S. Steele | JACKSON LEWIS P.C. |
| ARCKEY & ASSOCIATES, LLC | 950 17th Street, Suite 2600 |
| 7887 E. Belleview Ave., Suite 1100 | Denver, CO 80202 |
| Denver CO, 80111 | Telephone: (303) 218-3665 |
| Telephone: (303) 798-8546 | Melisa.Panagakos@Jacksonlewis.com |
| tja@arlaw.us | *Attorney for Defendant* |
| eric@arlaw.us | |
| *Attorneys for Plaintiff* | |

1