IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02983-NRN

JANIS FREY,

Plaintiff,

v.

MORNINGSTAR SENIOR MANAGEMENT, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Stipulated Motion for Dismissal with Prejudice (Dkt. #35) is GRANTED. This case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees. The Clerk is directed to close this case.

Date: November 15, 2023